■ In the Matter of Cherry Lane Properties, Inc., Appellant, against Robert C. Weaver, as State Rent Administrator, Respondent, and Sylvia Rosenberg, Intervenor-Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent Administrator. No opinion. Concur — Peck, P. J., Rabin, Frank, McNally and Bergan, JJ.

■ In the Matter of Hennessy Place Corp., Appellant, against Robert C. Weaver, as State Rent Administrator, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Rabin, Frank, McNally and Bergan, JJ.

■ Augusta B. Majeski, Appellant, v. Russ Realty Corporation, Respondent.— Judgment unanimously reversed and a new trial ordered, with costs to the appellant. Plaintiff's evidence on her claim of negligence was sufficient to stand against the motion to dismiss made and granted at the close of plaintiff's case. Concur — Peck, P. J., Rabin, Frank, McNally and Bergan, JJ.

■ Morgan D. Wilson, Appellant, v. Joseph Zaher, Respondent.— Plaintiff's pleading and testimony disclose that he relies for recovery against defendant on fraud based on purported misrepresentations of existing facts leading to the loan of $5,000 to a corporation controlled by defendant. One such claimed misrepresentation was that the corporation had a patent issued to it for a device used in shoe manufacturing rather than a pending application for such a patent; another is as to a representation of financial status of the corporation at the time of the loan. In deciding the controversy for defendant the court did not deal one way or another with these controlling issues, but treated as determinative the motive of plaintiff to improve his finances by making the loan; the activity of plaintiff's son-in-law in promoting the loan; and the fact that the loan was made to the corporation and not to defendant individually. The issue of purported fraud should be determined. Judgment unanimously reversed and a new trial ordered, with costs to the appellant to abide the event. Concur — Peck, P. J., Rabin, Frank, McNally and Bergan, JJ.

■ Sophie K. Ruza, Respondent, v. Stanley W. Ruza et al., Appellants. — Order so far as appealed from unanimously affirmed. No opinion. Concur — Peck, P. J., Rabin, Frank, McNally and Bergan, JJ.

■ Joseph Goldinger et al., Doing Business under the Name of Joseph Goldinger Fabrics Co., Respondents, v. Jerry Gilden Specialties, Inc., Defendant, and Fair Made Cottons, Inc., Appellant.— The second cause of action is insufficient to state a cause of action against the appealing defendant. There are no allegations to establish a palming off or violation of any contract or confidence on appellant's part. No more appears than a permissible copying of a design and fabric open to the trade. Order unanimously reversed, with $20 costs and disbursements to the appellant, and the motion granted, with

leave to the plaintiffs to serve an amended complaint, if they possess facts which warrant it, within 20 days after service upon their attorney of a copy of the order to be entered hereon, with notice of entry thereof. Concur — Peck, P. J., Rabin, Frank, McNally and Bergan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALBERT SILEO, Indicted as SUSSILIO STORK, Appellant.— Order unanimously affirmed. No opinion. Concur — Peck, P. J., Rabin, Frank, McNally and Bergan, JJ.